# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

**In re:**

Debtor(s):
**Ashley L. Hill**

Plaintiff(s):
**Robert D. Barr**

−vs−

Defendant(s):
**Nationwide Life Insurance Company**

Judge: **SUZANA KRSTEVSKI KOCH**

Bankruptcy Case: **23−12121−skk**

Adv.Proc.No: **23−01083−skk**

## SUMMONS AND NOTICE OF PRE−TRIAL CONFERENCE

To the above−named defendant(s):

You are summoned and required to serve upon **Robert D. Barr**, plaintiff's attorney, whose address is **1111 Superior Avenue East, Suite 1360, Cleveland, Ohio 44114**, either a motion or an answer to the attached complaint that is now served upon you. If you elect to respond first by motion, Bankruptcy Rule 7012 governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney by **November 27, 2023**, except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of summons.

*[If this summons and complaint are served in a foreign country]* Service of your answer must be made by the following date prescribed by the court:

The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.

YOU ARE HEREBY NOTIFIED THAT A PRE−TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET AT THE FOLLOWING TIME AND PLACE: **December 6, 2023** at **10:00 AM , H.M. Metzenbaum Courthouse, 201 Superior Avenue, Courtroom #2A, Cleveland, OH 44114**

 **Josiah C. Sell**
 *Clerk of Bankruptcy Court*

By: **/s/ Toni Ann Paolantonio,**
 *Deputy Clerk, US Bankruptcy Court*



Date of issuance: October 27, 2023

**Date:** October 27, 2023 Form ohnb310

# CERTIFICATE OF SERVICE

I, Robert D. Barr, Esq. of** Koehler Fitzgerald LLC certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 27th day of October, 2023, I served a copy of the within summons and notice of pretrial conference, together with the complaint filed in this proceeding, on

    Nationwide Life Insurance Company

the defendant(s) in this proceeding, by [describe here the mode of service]

    Regular first class and certified United States mail, postage fully pre-paid

the said defendant(s) at

    c/o Corporate Service Company, Statutory Agent
    One Nationwide Plaza
    Service of Process 1-30-405
    Columbus, OH 43215

certify under penalty of perjury that the foregoing is true and correct.

Executed on October 27, 2023      /s/ Robert D. Barr
                [Date]                                 [Signature]

1111 Superior Avenue East, Suite 1360, Cleveland, OH 44114

** State mailing address