UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-12121 |
| | ) | |
| ASHLEY L. HILL, | ) | Chapter 7 |
| | ) | |
|        Debtor. | ) | Judge Suzana Krstevski Koch |
| | ) | |
| ---------------------------------------------------- | ) | |
| ROBERT D. BARR, | ) | Adversary Proceeding No. 23-1083 |
| | ) | |
|        Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| NATIONWIDE LIFE INSURANCE CO., | ) | |
| | ) | |
|        Defendant. | ) | |

**UNOPPOSED MOTION TO ADJOURN PRETRIAL CONFERENCE**

    Now comes Defendant Nationwide Life Insurance Company ("Nationwide"), by and through undersigned counsel, and hereby requests that the Court enter an order adjourning the pretrial conference currently set for January 17, 2024 at 9:45 A.M in this matter to **February 7, 2024 at 9:45 A.M**. The parties are currently negotiating the terms of a settlement and require more time to finalize same. The parties have further stipulated to extend Nationwide's deadline to plead or otherwise respond to the Complaint to January 29, 2024.

    WHEREFORE, Nationwide moves the Court for an order granting the relief set forth herein.

4868-2412-1242.1

Respectfully submitted,

*/s/ John C. Cannizzaro*
John C. Cannizzaro (0085161)
ICE MILLER LLP
250 West Street, Suite 700
Columbus, Ohio 43215
Phone: (614) 462-1070
Email: john.cannizzaro@icemiller.com

Attorney for Defendant

**Agreed and Consented to by:**

*/s/ Robert D. Barr*
Robert D. Barr (0067121)
KOEHLER FITZGERALD LLC
1111 Superior Avenue East, Suite 2500
Cleveland, Ohio 44114
Phone: (216) 744-2739
Fax: (216) 916-4369
Email: rbarr@koehler.law

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, on January 4, 2024, a true and correct copy of this Unopposed Motion to Adjourn Pretrial Conference was served upon the following in the manner indicated:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- **Robert D. Barr**     rbarr@koehler.law, syackly@koehler.law
- **United States Trustee**     (Registered address)@usdoj.gov